UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 15-00664-JGB (KKx)**     Date: **January 12, 2016**

Title:  **Titus Striplin v. Shamrock Foods Company, Inc., et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>              <u>n/a</u>
Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

      The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

         1.      The parties shall include a statement of good cause, as required by Fed. R. Civ. P. 26(c).  Such showing should be made separate from the parties' stipulation regarding the terms of the proposed protective order.

         2.      Proposed ¶¶ 6 and 11.1 need to be revised to make clear that any motion challenging a party's designation of material as Confidential Information or seeking to modify or amend the proposed Protective Order must be brought in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).

         3.      Proposed ¶ 11.3 need to be revised to make clear a Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5.  Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue.  If a  Party's request to file Protected Material under

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 15-00664-JGB (KKx)     January 12, 2016
**Titus Striplin v. Shamrock Foods Company, Inc., et al.**     Page 2

-----------------------------------------------------------------------------------------------------------------

seal is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court. Please note, effective December 1, 2015, the Court's Local Rules regarding the filing of documents under seal in civil cases were significantly amended. Unless the entire case is under seal, attorneys are now required to electronically file all sealed documents and applications for leave to file under seal in civil cases.

The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order. The parties are strongly encouraged to use the language contained in the approved stipulated protective order.

cc:     Judge Jesus G. Bernal

MINUTES FORM 11                                      Initials of Deputy Clerk__vp for DT_
CIVIL-GEN