# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Titus Striplin | ) |
| | ) Case No. |
| Plaintiff, | ) EDCV 15-664 JGB (KKx) |
| v. | ) |
| Shamrock Foods Company, Inc. et al. | ) |
| | ) **JUDGMENT** |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, Defendant's Motion for Summary Judgment is hereby GRANTED. Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 24, 2016

Jesus G. Bernal
United States District Judge

1